UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on defendants **Edgar Cruz' and Steven Marhee's** Motions to Adopt Co-Defendant Amada Herandez' Motion for Extension of Time to File Further Motions (DE 310 & 313), which were referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions to adopt are DENIED AS MOOT based on Judge William P. Dimitrouleas' Order (DE 302) dated March 21, 1007.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of June, 2007.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

See Service List

## SERVICE LIST

## USA v. FRANK HERNANDEZ, et al.

## CASE NO. 06-60027-CR-ZLOCH/Snow

Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)